FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___EF___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1678-JAH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| JUAN GODINEZ-TOPETE, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about April 22, 2008, within the Southern District of California, defendant JUAN GODINEZ-TOPETE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Gualpa-Yupa, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 22, 2008.

KAREN P. HEWITT
United States Attorney

/s/ John T. Wen
DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
5/22/08